WILLIAM E. HEIM, Respondent, *v.* EDWARD E. McCALL et al., Constituting the Public Service Commission for the First District of the State of New York, Appellants, and CRANFORD COMPANY et al., Respondents.

*Heim* v. *McCall*, 165 App. Div. 449, reversed.
(Argued January 25, 1915; decided February 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 6, 1915, which reversed an interlocutory

judgment of Special Term sustaining a demurrer to the complaint, overruled such demurrer and directed judgment in favor of plaintiff for the relief demanded in the complaint in a taxpayer's action to restrain the defendant Public Service Commission from declaring certain contracts void on account of alleged violations of the Labor Law in the employment of aliens.

*George S. Coleman* and *Edward J. Crummey* for appellants.

*Thomas F. Conway* and *Thomas E. O'Brien* for plaintiff, respondent.

*Edward M. Grout* and *James F. McKinney* for defendants, respondents.

*Jeremiah A. O'Leary* for John Gill, *amicus curiæ.*

Judgment of Appellate Division reversed and that of Special Term affirmed, with costs in all courts. (See *People* v. *Crane,* 214 N. Y. 154.)

Concur: WILLARD BARTLETT, Ch. J., CHASE, HOGAN, MILLER, CARDOZO and SEABURY, JJ. Dissenting: COLLIN, J.